IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CALEB A. GREEN, | : |
| | : |
| Plaintiff, | : Case No. 2:24-cv-4103 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| COMMUTEAIR, *et al.*, | : |
| | : |
| Defendants. | : |

### ORDER

This matter comes before this Court on the Magistrate Judge's Report and Recommendation ("R&R") that this Court dismiss Plaintiff Caleb A. Green's Amended Complaint (ECF No. 7) "[b]ecause Plaintiff fails to allege sufficient facts for a claim under Title VII, and because he did not provide his Right to Sue Notice as directed." (ECF No. 8 at 11). The R&R specifically advised Plaintiff of his right to object to the R&R within fourteen (14) days and on the rights he would waive by failing to do so. (*Id*. at 11). No objection has been filed, and the time for doing so has passed.

Having reviewed the R&R, this Court **ADOPTS** the R&R in its entirety based on its independent consideration of the analysis therein. (ECF No. 8). Plaintiff's Amended Complaint is hereby **DISMISSED** (ECF No. 7), and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED: April 14, 2025**